

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | **Case No. 1:04-CV-280** |
| | § | |
| **LOC TRAN,** *in personam*, | § | |
| *Defendant.* | § | |

## ORDER ON VOLUNTARY DISMISSAL

Before the Court is the Plaintiff United States' *Notice of Dismissal* [Clerk's doc. #4]. Pursuant to Federal Rule of Civil Procedure 41, Plaintiff has noticed its voluntary dismissal of this civil action.

Federal Rule of Civil Procedure 41(a)(1)(i) states that an action may be dismissed at the plaintiff's instance " by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs." No party has answered the *Complaint* [Clerk's doc. #1] and no motions for summary judgment are on file. Accordingly, having considered the *Notice of Dismissal,* the Court finds it to be meritorious under Rule 41 and agrees that dismissal is warranted.

It is therefore **ORDERED** that the United States' *Complaint* [Clerk's doc. #1] is **DISMISSED**, without prejudice**,** under Federal Rule of Civil Procedure 41(a)(1). It is further

**ORDERED** that this matter is closed.

It is so ordered.

**SIGNED** this the **12** day of **May, 2005.**

_____
Thad Heartfield
United States District Judge